**⫞ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

★FILED★

2014 DEC 31  PM 5: 05

CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX

**MARVIN LOVELL**

**COMPLAINT**

_____

NAME OF PLAINTIFF(S)

**CV 14 - 7592**

**CONSOLIDATED EDISON
OF NEW YORK, INC**

SCANLON, M.J.

_____

NAME OF DEFENDANT(S)

This action is brought for discrimination in employment pursuant to (check only those that apply):

✓     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
**NOTE:** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

_____     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L.  No. 92-592 , the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

_____     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112  - 12117 (amended by the ADA Amendments Act of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

-1-

Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under New York law.

1.    Plaintiff resides at:

644 Westminster Rd, Baldwin
Street Address

Nassau , NY , 11510 , 56-868-0672
County      State      Zip Code    Telephone Number

2.    Defendant(s) resides at, or its business is located at:

4 Irving Place
Street Address

NY , NY , NY 10003 , 10003
County    City    State    Zip Code

3.    The address at which I sought employment or was employed by the defendant(s) is:

4 Irving Pl
Street Address

NY , NY , NY , 10003
County    City    State    Zip Code

4.    The discriminatory conduct of which I complain in this action includes
      *(check only those that apply).*

          \_\_\_\_\_          Failure to hire.

          \_\_\_\_\_          Termination of my employment.

          \_\_\_\_\_          Failure to promote.

          \_\_\_\_\_          Failure to accommodate my disability.

          __X__          Unequal terms and conditions of my employment.

          __X__          Retaliation

          \_\_\_\_\_          Other acts *(specify):* _____.

**NOTE:**    *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

5.    It is my best recollection that the alleged discriminatory acts occurred on:
      _____3/16/12_____.
      Date(s)

6.    I believe that the defendant(s) *(check one)*

          ___✓___ is still committing these acts against me.

          \_\_\_\_\_ is <u>not</u> still committing these acts against me.

7.    Defendant(s) discriminated against me based on my:
      *(check only those that apply and state the basis for discrimination, for example,
      what is your religion, if religious discrimination is alleged)*

      [X]    race _____   [ ]   color _____

      [ ]    gender/sex _____   [X]   religion *Christian* _____

      [ ]    national origin _____

      [ ]    disability _____

      [ ]    age.  If age is checked, answer the following:

          I was born in _____.  At the time(s) defendant(s) discriminated against me,
                    Year
          I was [ ] <u>more</u>  [ ] <u>less</u> than 40 years old.  *(check one).*

**NOTE:**   *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

8.   The facts of my case are as follows:

Paul Olmsted, Section Manager of Meter Operations and Consolidated Edison of New York, Inc discriminated against me on 3/16/2012 and prior (since promotion to Supervisor), retaliated against me, and it was due to religion military status, and additionally my race.
Attached will be a letter as well.

---

*(Attach additional sheets as necessary)*

**NOTE:**   *As additional support for your claim, you may attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights, or the New York City Commission on Human Rights.*

9.   It is my best recollection that I filed a charge with the New York State Division of Human Rights or the New York City Commission on Human Rights regarding defendant's alleged discriminatory conduct on: _____.
                                                                                                      Date

10.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: _____.
                                                                                                      Date

**Only litigants alleging age discrimination must answer Question #11.**

11. Since filing my charge of age discrimination with the Equal Employment Opportunity

Commission regarding defendant's alleged discriminatory conduct *(check one)*:

_____ 60 days or more have elapsed.

_____ less than 60 days have elapsed.

12. The Equal Employment Opportunity Commission *(check one)*:

_____ has <u>not</u> issued a Right to Sue letter.

__X__ <u>has</u> issued a Right to Sue letter, which I
**received** on ___9/19/12___.
                                     Date

**NOTE:** Attach a copy of the Right to Sue Letter from the Equal Employment Opportunity
Commission to this complaint.

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
including injunctive orders, damages, pre-judgment interest, costs, and attorney's fees.

_Marvin F. Lovell_
PLAINTIFF'S SIGNATURE

Dated: __12/31/14__

_644 Westminster Rd_
Address _Baldwin, NY 11510_
_516-868-0672_
Phone Number

Marvin Lovell
644 Westminster Road
Baldwin, NY 11510
516-868-0672
Lovell.marvin@ymail.com

December 31, 2014

United States District Court
Cadman Plaza
Brooklyn, NY

Dear United States District Court:

I am submitting my complaint regarding discrimination in employment pursuant to Title VII
of the Civil Rights Act of 1964. This complaint was initially filed with the NYS State Human
Rights Department and dual filed with the EEOC and the EEOC has adopted the findings of
the state or local fair employment practices that investigated this charged, so I filed a case
in the New York State Supreme Court (with the assistance of Vincent, Imbesi ESQ, and
associates). And as a result, the case was dismissed, but I was able to appeal it to a higher
court, and was given an extension to the October 2014 term. After consulting with the Pro
Se dept within the US District Court they advised me that I may try to bring the case to the
Federal Court instead of appealing it further. So here I am today, respectfully asking to bring
this case to this court due to misrepresentation by the prior law firm.

Sincerely,

Marvin Lovell

Marvin Lovell

Enclosure