UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MARVIN LOVELL,

                                    Plaintiff,                          JUDGMENT
                                                                        14-CV-7592(CBA)(VMS)

            - against –

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.,

                                    Defendant.
------------------------------------------------------------ X
            A Memorandum and Order of Honorable Carol B. Amon, United States District

Judge, having been filed on September 30, 2017, granting Con Edison's motion for

reconsideration; and directing the Clerk of Court to enter judgment and close the case; it is

            ORDERED and ADJUDGED that Con Edison's motion for reconsideration is granted;

and that the case is closed.

Dated: Brooklyn, NY                                    Douglas C. Palmer
November 8, 2017                                       Clerk of Court

                                    By:    */s/Jalitza Poveda*_____
                                           Deputy Clerk